UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                                                 :

WILSON CALLE,                                                 :

                                      Plaintiff,            :
                                                                 :         25-CV-6891 (VSB) (RWL)
                            -against-              :
                                                                 :               **ORDER**

JPS 030 REALTY LLC, *et al.*,           :

                                    Defendants.  :

-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

        Plaintiff filed this action on August 20, 2025, (Doc. 1), and filed affidavits of service on September 16, 2025, (Docs. 6, 7).  The deadline for Defendants to respond to Plaintiff's complaint was September 25, 2025.  To date, Defendants have not appeared or responded to the complaint.  Plaintiff, however, has taken no action to prosecute this case.  Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than October 20, 2025.  If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:     September 29, 2025
               New York, New York

                                                                          _____
                                                                          VERNON S. BRODERICK
                                                                          United States District Judge