UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                          :
WILSON CALLE,                                             :
                                                          :
                                Plaintiff,                :
                                                          :        25-CV-6891 (VSB) (RWL)
                     -against-                            :
                                                          :        **ORDER**
JPS 030 REALTY LLC, *et al.*,                            :
                                                          :
                                Defendants.               :
                                                          :
------------------------------------------------------------ X
VERNON S. BRODERICK, United States District Judge:

It has been reported to the Court that the parties in this case have reached a settlement on all issues. Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated:          March 30, 2026
                New York, New York

                                                   Vernon S. Broderick
                                                   United States District Judge