

Peter T. Shapiro
7 World Trade Center
250 Greenwich Street, 11th Floor
New York, New York 10007
Peter.Shapiro@lewisbrisbois.com
Direct: 212.232.1322

May 28, 2026

File No. 37986.11026

**VIA ECF**

The June conference is adjourned sine die.
Any dismissal order will be issued by Judge
Broderick.

SO ORDERED:

5/28/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Hon. Robert W. Lehrburger
United States Magistrate Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:     *Wilson Calle v. JPS 030 Realty LLC, et al.*
        Case No. 25-cv-06891(VSB)(RWL)

Dear Judge Lehrburger:

On behalf of defendant Van Leeuwen 2578 Broadway LLC, and with the consent of all parties, I write to advise that the parties' previously negotiated confidential settlement is being completed as all parties have signed the settlement agreement. The parties anticipate filing a stipulation of dismissal pursuant to their settlement within 30 days.

Given the foregoing, the parties respectfully ask the Court to cancel the conference scheduled for June 3, 2026. To the extent preferrable to the Court, the Parties respectfully ask the Court to issue a conditional order of dismissal.

Thank you for your attention to this matter.

Respectfully,

/s/Peter T. Shapiro

Peter T. Shapiro of
LEWIS BRISBOIS BISGAARD & SMITH LLP

cc:     All Counsel of Record (via ECF)