UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                              :

WILSON CALLE,                        :

                      Plaintiff,      :

                         :         25-CV-6891 (VSB) (RWL)

          -against-        :

                         :         **ORDER**

JPS 030 REALTY LLC, *et al.*,     :

                         :

                Defendants.  :

                         :
----------------------------------------------------------- X

<u>VERNON S. BRODERICK</u>, United States District Judge:

It has been reported to the Court that the parties in this case have reached a settlement on all issues, and the parties anticipate filing a stipulation of dismissal pursuant to their settlement. (Doc. 37.) Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated:      May 29, 2026
           New York, New York

                                      Vernon S. Broderick
                                      United States District Judge